Official Form 417A (12/23)

*[Caption as in Form 416A, 416B, or 416D, as appropriate]*

# NOTICE OF APPEAL AND STATEMENT OF ELECTION

## Part 1: Identify the appellant(s)

1. Name(s) of appellant(s): Antoine Thomas Mayes

2. Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:

For appeals in an adversary proceeding.
- ☐ Plaintiff
- ☐ Defendant
- ☐ Other (describe) ____________________

For appeals in a bankruptcy case and not in an adversary proceeding.
- ☒ Debtor
- ☐ Creditor
- ☐ Trustee
- ☐ Other (describe) ____________________

## Part 2: Identify the subject of this appeal

1. Describe the judgment—or the appealable order or decree—from which the appeal is taken:
Order entered October 6, 2026, granting Century Building Milwaukee LLC's motion for relief from the automatic stay from [illegible]

2. State the date on which the judgment—or the appealable order or decree—was entered:
October 6, 2026

## Part 3: Identify the other parties to the appeal

List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. Party: Century Buildg Attorney: Gary D. Koch
250 E. Wisconsin Ave
Suite 1000
Milwaukee WI 53202

2. Party: ________________ Attorney: ________________________

## Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

## Part 5: Sign below

[signature] -Pro-Se
Signature of attorney for appellant(s) (or appellant(s) if not represented by an attorney)

Date: 10-19-2026

Name, address, and telephone number of attorney (or appellant(s) if not represented by an attorney):

Antoine T. Mayes
808 N. Dr. Martin Luther King Sr Dr.
Unit #611
Milwaukee, WI 53203

Fee waiver notice: If appellant is a child support creditor or its representative and appellant has filed the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.

**[Note to inmate filers:** If you are an inmate filer in an institution and you seek the timing benefit of Fed. R. Bankr. P. 8002(c)(1), complete Director's Form 4170 (Declaration of Inmate Filing) and file that declaration along with the Notice of Appeal.]

Antomie T Moyes
808 N. Dr. Martin Luther King Jr. Dr.
Unit # 611
Milwaukee WI 53203

SCANNED
OCT 22 2026

Attn to:
United States Bankrupcy Co
Eastern District of Wisconsin